UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK SKINNER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEWPORT MINING CORPORATION, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01787-KJD-VCF<br><br>**Order** |

This case has been assigned to the early neutral evaluation program. Docket No. 3. The Court defers setting an early neutral evaluation at this time given the pending request that the case be transferred to the District's unofficial northern division. *See* Docket No. 5. In the event that motion is denied, the parties shall file (within 14 days of the issuance of such order) a stipulation to set the early neutral evaluation that includes five dates on which all required participants are available. In the event the motion is granted, the parties shall take appropriate action to alert the newly assigned settlement judge of the need to set an early neutral evaluation.

T IS SO ORDERED.

Dated: October 25, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1