Anthony L. Hall, Esq.
Nevada Bar No. 5977
Dora V. Lane, Esq.
Nevada Bar No. 8424
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000; Fax: (775) 786-6179

*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIRK SKINNER,<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a Delaware Corporation; NEWMONT GOLD COMPANY, a Delaware Corporation; NEWMONT USA LIMITED, a Delaware Corporation; NEWMONT VENTURES LTD.<br><br>Defendants. | Case No.: 2:18-CV-01787-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION FOR INTRADISTRICT TRANSFER**<br><br>**(First Request)** |

Defendants Newmont USA Limited, Newmont Mining Corporation, Newmont Gold Company, and Newmont Ventures Ltd. (collectively "Defendants"[1]) and Plaintiff Kirk Skinner ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

---

[1] Newmont USA Limited argued in its Motion to Dismiss that it is the only proper Defendant in this matter. *See* ECF No. 4. To the extent that Newmont Mining Corporation, Newmont Gold Company, and Newmont Ventures Ltd. are deemed proper parties, they join in this stipulation.

Page 1 of 2

1. Defendants filed a Motion to Dismiss (ECF No. 4) and Motion for Intradistrict Transfer (ECF No. 5) (together the "Motions") on October 24, 2018.

2. Pursuant to the Parties' Stipulation and Order Continuing the Date That Plaintiff Must File His Response to Defendant's Motion to Dismiss Plaintiff's Complaint and Motion for Intradistrict Transfer filed November 5, 2018 (ECF No. 8)[2], Plaintiff filed his responses to the Motions on November 16, 2018 (ECF Nos. 10-11).

3. Accordingly, Defendants' Replies In Support of the Motions (the "Replies") are due on November 23, 2018, which falls during Thanksgiving Weekend.

4. The Parties agree that the deadline for Defendants to file their Replies shall be continued to **Friday, November 30, 2018**.

This is the first request for extension of this deadline. This Stipulation is made in good faith and to accommodate the holidays and scheduling conflicts of counsel and is not made for purposes of undue delay.

**IT IS SO STIPULATED.**

DATED this 20th day of November, 2018.                DATED this 20th day of November, 2018.

 */s/ Dora V. Lane*                                                          */s/ Michael P. Balaban*
Anthony L. Hall, Esq.                                                   Michael P. Balaban, Esq.
Dora V. Lane, Esq.                                                       LAW OFFICES OF MICHAEL P.
Susan M. Schwartz, Esq.                                             BALABAN
Holland & Hart LLP                                                      10726 Del Rudini Street
5441 Kietzke Lane, Second Floor                               Las Vegas, NV 89141
Reno, Nevada  89511

*Attorneys for Defendants*                                        *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/26/2018

---

[2] ECF No. 8 remains unsigned by this Court.

Page 2 of 2