1  Michael P. Balaban   State Bar No. 9370
   LAW OFFICES OF MICHAEL P. BALABAN
2  10726 Del Rudini Street
   Las Vegas, NV  89141
3  (702)586-2964
   Fax: (702)586-3023
4  E-Mail: mbalaban@balaban-law.com

5  Attorney for Plaintiff

6

7

8
                        UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11 KIRK SKINNER,                        ) CASE NO. 2:18-cv-01787-KJD-GWF
                                        )
12                                      ) STIPULATION AND ORDER CONTINUING
                                        ) THE DATE THAT PLAINTIFF MUST FILE
13        Plaintiff,                    ) HIS RESPONSE TO DEFENDANT'S
                                        ) MOTION TO DISMISS PLAINTIFF'S
14    vs.                               ) COMPLAINT AND MOTION FOR
                                        ) INTRADISTICT TRANSFER
15                                      ) [LR 6-1; LR 6-2]
   NEWMONT MINING CORPORATION, a        )
16 Delaware Corporation; NEWMONT GOLD   ) (First Request)
   COMPANY, a Delaware Corporation;     )
17 NEWMONT USA LIMITED, a Delaware      )
   Corporation; NEWMONT VENTURES LTD,   )
18                                      )
                                        )
19        Defendants.                   )
                                        )
20                                      )
                                        )
21                                      )

22

23
        IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective
24
   counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff Kirk Skinner's ("Plaintiff")
25
   response to Defendant Newmont USA Limited, et al.'s ("Defendant") motion to dismiss Plaintiff's
26
   complaint and motion for intradistrict transfer, both filed on October 24, 2018, for which the
27

28

                                              1

responses to both are currently due by November 7, 2018, will both be continued to November 16, 2018.

Said continuances are being stipulated to, to give Plaintiff an adequate opportunity to respond to said motions given other matters Plaintiff's counsel currently is involved in, including multiple responses to written discovery due this week.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's responses to Defendant's motion to dismiss Plaintiff's complaint or Defendant's motion for intradistrict transfer.

| LAW OFFICES OF MICHAEL P. BALABAN | HOLLAND & HART LLP |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV  89141<br><br>Attorney for Plaintiff | /s/ Dora Lane, Esq.<br>Dora V. Lane, Esq.<br>Anthony L. Hall, Esq.<br>Susan M. Schwartz, Esq.<br>5441 Kietzke Lane, Second Floor<br>Reno, NV  89511<br>Attorney for Defendants |
| Dated: November 5, 2018 | Dated:  November 5, 2018 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2018 (nunc pro tunc)