ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@shjnevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@shjnevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: 775-785-0088

*Attorney for Defendant*

✓ FILED
___ ENTERED       ___ RECEIVED
                  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 0 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK SKINNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWMONT USA LIMITED, a Delaware Corporation,<br><br>　　　　Defendant. | Case No.: 3:19-cv-00453-KJD-WGC<br><br>**ORDER EXTENDING DEADLINE FOR FILING OF DISPOSITIVE MOTIONS**<br>**[First Request]** |

　　　　Plaintiff Kirk Skinner ("Plaintiff" or "Skinner") and Defendant Newmont USA Limited ("Defendant" or "Newmont"), (collectively, at times, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for the Parties to File Dispositive Motions. The Parties stipulate and agree that the Dispositive Motions deadline in this case be extended. The Parties believe an extension of fourteen (14) days to file any necessary dispositive motions will be sufficient.

　　　　This is the first request for an extension of these deadlines. This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the

Parties have agreed and stipulate that the deadline for the Parties to file their respective dispositive motions will be on or before July 20, 2020.

DATED this 1st day of July, 2020

BY: /s/ Michael P. Balaban
MICHAEL P. BALABAN
MBalaban@Balaban-Law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Telephone: (702) 586-2964

*Attorneys for Plaintiff*

DATED this 1st day of July, 2020

BY: /s/ Anthony L. Hall
ANTHONY L. HALL, ESQ.
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT/MAGISTRATE JUDGE**

DATED: July 2, 2020