Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK SKINNER, | CASE NO. 3:19-cv-00453-KJD-WGC |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | [LR 7-1; LR IA 6-2] |
| NEWMONT USA LIMITED, a Delaware Corporation, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants' motion for summary judgment filed on July 20, 2020, for which the response is currently due on August 10, 2020, will be continued until August 14, 2020.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including two opening

1

appellate briefs in other cases which are currently due on August 24, 2020.

    No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment but Defendant received a two week extension to file its motion for summary judgment.

| LAW OFFICES OF MICHAEL P. BALABAN | SIMONS HALL JOHNSTON PC |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: August 6, 2020 | /s/ Anthony L. Hall<br>Anthony L. Hall, Esq.<br>6490 S. McCarran Boulevard, Ste. F-46<br>Reno, NV  89509<br>Attorney for Defendant<br><br>Dated: August 6, 2020 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August  10, 2020