ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@shjnevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@shjnevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone:  775-785-0088

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRK SKINNER,<br><br>              Plaintiff,<br><br>v.<br><br>NEWMONT USA LIMITED, a Delaware Corporation,<br><br>              Defendant. | **Case No.: 3:19-cv-00453-KJD-WGC**<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT**<br>**TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**[First Request]** |

      Plaintiff Kirk Skinner ("Plaintiff" or "Skinner") and Defendant Newmont USA Limited ("Defendant" or "Newmont"),  (collectively, at times, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend the Deadline for the Defendant to file its Reply Brief in Support of its Motion for Summary Judgment by a period of two (2) weeks, up to and including September 11, 2020.

      This is the first request for an extension of this deadlines.  This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for Defendant to file its reply brief in support of

its Motion for Summary Judgment shall be September 11, 2020.

DATED this 26th day of August, 2020

BY: /s/ Michael P. Balaban
MICHAEL P. BALABAN
MBalaban@Balaban-Law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Telephone: (702) 586-2964

*Attorneys for Plaintiff*

DATED this 26th day of August, 2020

BY: /s/ Kendra J. Jepsen
ANTHONY L. HALL, ESQ.
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
KJepsen@shjnevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT**

DATED: 8/28/2020